UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | : | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | 22-CR-120 (BRM) |
| v. | : | |
| | : | |
| ROBERTO MENDOZA-ARIAS | : | |
| (a.k.a. JOSE MONTALVO) | : | |
| | : | |

**PETITION FOR
WRIT OF HABEAS CORPUS**

( X ) Ad Prosequendum        (   ) Ad Testificandum

1. Defendant **ROBERTO MENDOZA-ARIAS** (a.k.a. **JOSE MONTALVO**) (hereinafter the "Detainee") is now confined at the Anna M. Kross Correctional Facility (AMKC), 18-18 Hazen Street, East Elmhurst, New York 11370.

   *Note*: **Detainee is detained under the alias name Jose Montolvo, NY SID # 08053835J; book and case number 300-20-00244.**

2. The Detainee is charged in this District by:

   ( ) Indictment        (X) Information        ( ) Complaint

   with a violation of:   18 U.S.C. §§ 1957(h) and 1028(a)(7)

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee is required to appear via Microsoft Teams video conferencing service on **February 18, 2022 at 1:00 p.m** before Hon. Brian R. Martinotti, U.S.D.J., for a plea hearing in the above-captioned case.

   A Writ of Habeas Corpus should issue for that purpose.

   Respectfully,

DATED:   Feb. 16, 2022

_____
JONATHAN M. PECK
Assistant United States Attorney
Petitioner
(201) 259-3291

## ORDER

Let the Writ Issue.

DATED: February 16, 2022

_____
Hon. Brian R. Martinotti, U.S.D.J

## WRIT OF HABEAS CORPUS

The United States of America to Warden of the Anna M. Kross Correctional Facility, Elmhurst, NY:

WE COMMAND YOU that you have the body of:

**ROBERTO MENDOZA-ARIAS (a.k.a. JOSE MONTALVO),** who is currently detained under the alias Jose Montolvo, NY SID # 08053835J; book and case number 300-20-00244.

now confined Anna M. Kross Correctional Facility (AMKC), 18-18 Hazen Street, East Elmhurst, New York 11370., brought to a video terminal to appear via Microsoft Teams video conference for a plea hearing on **February 18, 2022 at 1:00 p.m** before the Honorable Brian R. Martinotti, United States District Judge, District of New Jersey.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

WITNESS, the Honorable Brian R. Martinotti
United States District Judge
Newark, New Jersey

DATED: February 16, 2022

WILLIAM T. WALSH
Clerk of the U.S. District Court
for the District of New Jersey

Per: _Lissette Rodriguez_
Deputy Clerk